

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00577-CR

Joshua Robert **JAMES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-007283
Honorable Joel Perez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

SIGNED December 3, 2025.

_____
Velia J. Meza, Justice